**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

SOMARAKIS, INC.,

    Plaintiff,

v.                                                       Case No: 5:14-cv-555-Oc-30PRL

DEKKER VACUUM TECHNOLOGIES,
INC.,

    Defendant.
_____

## ORDER

The Court has been advised via a Mediation Report (Dkt. #25) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of April, 2015.

                                                                         JAMES S. MOODY, JR.
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record